AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Patricia M. Sawasky

    vs.

Brian Wallace Brian

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:09-580-HFF

**[x]**     **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

LARRY W. PROPES, Clerk

By: **s/Angela Lewis**
  Deputy Clerk

March 18, 2009